SLIP OPINION



Cite as 2014 Ark. 456

# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE BOARD OF CERTIFIED COURT REPORTER EXAMINERS | **Opinion Delivered** October 30, 2014 |

**PER CURIAM**

The court appoints the Honorable Jodi Raines Dennis of Pine Bluff, Circuit Judge, 11th–West Judicial Circuit, and the Honorable Eddy R. Easley of Sheridan, Circuit Judge, 7th Judicial Circuit, to the Board of Certified Court Reporter Examiners for three-year terms expiring on July 31, 2017. The court appreciates their willingness to serve on this important board.

Patricia Hendrix of Little Rock, Certified Court Reporter, and Leigh Ann Cook of Conway, Certified Court Reporter, are reappointed to the Board of Certified Court Reporter Examiners for three-year terms expiring on July 31, 2017. The court thanks them for their continued service on this board.

The court recognizes the outstanding leadership and commitment of the Honorable Xollie Duncan of Bentonville, Circuit Judge, 19th–West Judicial Circuit, who has served as chair of the board for the past five years and whose terms have expired. The court designates



the Honorable Gordon "Mack" McCain, Jr., of Russellville, Circuit Judge, 5th Judicial Circuit, Division 2, as the new chair of the board and thanks him for accepting these duties.

The court expresses its gratitude to the Honorable Larry Chandler of Magnolia, Circuit Judge, 13th Judicial Circuit, whose terms have expired, for his many years of service on this board.